**Mark J. Fucile, OSB No. 822625**
mark@frllp.com
**Daniel K. Reising, OSB No. 964104**
dan@frllp.com
FUCILE & REISING LLP
2512 SE 25th Ave., Ste. 303
Portland OR 97202
Tel:  503.224.4894
Fax: 503.224.4332
Attorneys for Defendant
Navistar, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MICGINNIS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AKEBONO BRAKE CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Civil No.  21-CV-01189 SB<br><br>**NAVISTAR, INC.'S CORPORATE DISCLOSURE STATEMENT** |

　　Pursuant to Fed. R. Civ. P. Rule 7.1, Defendant, Navistar, Inc. makes the following disclosures:

　　1. Navistar, Inc. is a non-governmental corporate party;

　　2. Navistar, Inc.'s parent corporation is Navistar International Corporation, which owns 100% of the stock of Navistar, Inc.

　　3. TRATON SE is a publicly traded company that owns 10% or more of the stock of Navistar International Corporation. TRATON SE is a subsidiary of VOLKSWAGEN AG, a publicly traded company.

DEFENDANT NAVISTAR, INC.'S
CORPORATE DISCLOSURE STATEMENT

1

fucile & reising LLP
2512 se 25th ave.,  ste 303
portland or 97202
p 503.224.4894 f 503.224.4332

4. Pursuant to R. 7.1, a supplemental statement will be promptly filed upon any change in the required information provided herein.

Dated:   August 16, 2021.

FUCILE & REISING LLP

s/ Daniel K. Reising
Daniel K. Reising, OSB No. 964104
dan@frllp.com
2512 SE 25th Ave., Ste. 303
Portland, Oregon 97202
Tel:  503.224.4894
Fax:  503.224.4332
Attorneys for Defendant
Navistar, Inc.

DEFENDANT NAVISTAR, INC.'S
CORPORATE DISCLOSURE STATEMENT

2

fucile & reising LLP
2512 se 25th ave., ste 303
portland or 97202
p 503.224.4894 f 503.224.4332

## Certificate of Service

*McGinnis v. Akebono Brake Company, et al.*

I hereby certify that I served the attached **DEFENDANT NAVISTAR, INC.'S CORPORATE DISCLOSURE STATEMENT** on the following person(s) on the date indicated below by the method indicated below:

***By Email:***

| | |
|---|---|
| MAUNE RAICHLE HARTLEY<br>Alice Emerson<br>Kelly Battley<br>Daniel Casey Dineen<br>Sarah-Ray Rundle<br>80 SE Madison St., Ste 310<br>Portland OR 97214<br>orteam@mrhfmlaw.com<br><br>**Atty for Plaintiff** | FOLEY & MANSFIELD LLP<br>J. Scott Wood<br>James Hicks<br>851 SW Sixth Avenue, Suite 1375<br>Portland, OR 97204<br>asbestos-sea@foleymansfield.com<br><br>**Atty for Tracy Industries, Inc.; Eaton Corporation** |
| SCHWABE WILLIAMSON & WYATT<br>Jennifer Campbell<br>1420 5th Ave., Ste. 3400<br>Seattle WA 98101<br>jcampbell@schwabe.com<br><br>**Atty for Mack Trucks, inc.** | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>George S. Pitcher<br>Jason Daywitt<br>Dimitriy Golosinski<br>888 SW Fifth Avenue, Suite 900<br>Portland, OR 97204<br>asbestospdx@lewisbrisbois.com<br><br>**Atty for Daimler Trucks North America LLC; Fleetpride, Inc.; Pneumo Abex LLC; Titus-Will Enterprises, Inc.** |
| ABBOTT LAW GROUP<br>Annalie M. Faddis<br>215 SW Washington Street, Suite 300<br>Portland, Oregon 97204<br>afaddis@abbott-law.com<br>spatterson@abbott-law.com<br><br>**Atty for Morse Tec LLC** | RIZZO MATTINGLY BOSWORTH PC<br>Claude Bosworth<br>Allen Eraut<br>Kevin Clonts<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br>asbestos@rizzopc.com<br><br>**Atty for Akebono Brake Company; Cummins, Inc.** |

Page 1 - CERTIFICATE OF SERVICE

fucile & reising LLP
2512 se 25th ave., ste 303
portland or 97202
p 503.224.4892 f 503.224.4332

| | |
|---|---|
| BULLIVANT HOUSER BAILEY PC<br>Katherine M. Steele<br>Jeanne Loftis<br>Diane Lenkowski<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA  98101<br>Asbestos@bullivant.com<br>Asbestos-pdx@bullivant.com<br><br>**Atty for Caterpillar, Inc.; Lear Siegler Diversified Holdings** | WILSON SMITH COCHRAN DICKERSON<br>John M. Silk<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA  98164-2080<br>silk@wscd.com<br><br>**Atty for Metropolitan Life Insurance Co.** |
| GORDON THOMAS HONEYWELL<br>Michael Ricketts<br>520 Pike St., Ste. 2350<br>Seattle WA 98101<br>service@gth-law.com<br><br>**Atty for BWDAC; DCO LLC** | LANE POWELL<br>Jeffrey M. Odom<br>601 SW Second Avenue, Suite 2100<br>Portland, OR  97204-3158<br>odomj@lanepowell.com<br><br>**Atty for Genuine Parts Company** |
| GORDON & REES<br>Nancy Erfle<br>Molly McKay Williams<br>Mark Tuvim<br>1300 SW 5TH Ave., Ste. 2000<br>Portland OR 97201<br>seaasbestos@grsm.com<br><br>**Atty for Arvinmeritor, Inc.; Carlisle Industrial Brake & Friction, Inc.; Hennessy Industries LLC** | Erin Fraser<br>Perkins Coie LLP<br>1201 3rd Ave., Ste. 4900<br>Seattle WA 98101<br>HW_Asbestos_Sea@perkinscoie.com<br><br>**Atty for Honeywell International, Inc.** |
| THE GAITAN GROUP<br>Jose Gaitan<br>Virginia Leeper<br>411 University St., Ste. 1200<br>Seattle WA 98101<br>vleeper@gaitan-law.com<br>jgaitan@gaitan-law.com<br><br>**Atty for Toyota Motor Sales USA, Inc.** | |

Dated:  August 16, 2021.

s/ Daniel K. Reising
Mark J. Fucile, OSB No. 822625
Mark@frllp.com
Daniel K. Reising, OSB No. 964104
Dan@frllp.com
Attorneys for Defendants
Ford Motor Company and
Navistar, Inc.

Page   2   -   CERTIFICATE OF SERVICE

fucile & reising LLP
2512 se 25th ave., ste 303
portland or 97202
p 503.224.4892 f 503.224.4332