**Jeanne F. Loftis**, OSB #913612
Jeanne.loftis@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Eric P. Hall, admitted *Pro Hac Vice*
ehall@heplerbroom.com
HeplerBroom LLC
130 North Main Street
P.O. Box 510
Edwardsville, IL 62025
Telephone: 618-307-1242

Attorneys for Lear Siegler Diversified Holdings Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MCGINNIS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AKEBONO BRAKE CORPORATION, *et al.*,<br><br>　　　　　　　　Defendants. | Civil No.: 3:21-cv-01189-YY<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LEAR SIEGLER DIVERSIFIED HOLDINGS CORPORATION ONLY** |

/ / /

/ / /

Plaintiff and Defendant Lear Siegler Diversified Holdings Corporation stipulate and agree that the Court dismiss Plaintiff's claims and causes of action against Lear Siegler Diversified Holdings Corporation only, with prejudice and without costs to any party, reserving to Plaintiff all claims against other parties.

Dated this 12th day of December, 2022

| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| *s/ Daniel Casey Dineen* | *s/ Jeanne F. Loftis* |
| **Daniel Casey Dineen, OSB No. 143076** | **Jeanne F. Loftis, OSB #913612** |
| cdineen@mrhfmlaw.com | jeanne.loftis@bullivant.com |
| OF ATTORNEYS FOR PLAINTIFF | HEPLERBROOM LLC |
| | Eric P. Hall, admitted *Pro Hac Vice* |
| | ehall@heplerbroom.com |
| | ATTORNEYS FOR LEAR SIEGLER DIVERSIFIED HOLDINGS CORPORATION |

4860-2439-8659.1 37660/00001

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiff and Defendant Lear Siegler Diversified Holdings Corporation to dismiss all claims against Lear Siegler Diversified Holdings Corporation only, with prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Lear Siegler Diversified Holdings Corporation are hereby dismissed with prejudice and without costs.

DATED this  14th  day of   December         , 2022.

\_\_/s/ Youlee Yim You_____
U.S. Magistrate Judge

Presented by:

BULLIVANT HOUSER BAILEY PC
Jeanne F. Loftis, OSB #913612
Jeanne.loftis@bullivant.com
HEPLERBROOM LLC
Eric P. Hall, admitted *Pro Hac Vice*
ehall@heplerbroom.com
Attorneys for Lear Siegler Diversified Holdings Corporation