UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MCGINNIS,<br><br>Plaintiffs,<br><br>vs.<br><br>AKEBONO BRAKE CORPORATION, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-01189-YY<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ARVINMERITOR, INC. ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff and Defendant ArvinMeritor, Inc. through their respective counsel of record, stipulate to the dismissal of this action with prejudice as to Defendant ArvinMeritor, Inc. only, and without costs to any party, reserving to Plaintiff all claims against other parties.

///

///

///

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ARVINMERITOR, INC. - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile :  (503) 616-3600

Dated: February 13, 2023
MAUNE RAICHLE HARTLEY FRENCH & MUDD

By: *s/ Daniel Casey Dineen*
Daniel Casey Dineen, OSB No. 143076
cdineen@mrhfmlaw.com

ATTORNEY FOR PLAINTIFFS

Dated: February 13, 2023
GORDON & REES LLP

By: *s/ Sandy Hanson*
Nancy M. Erfle, OSB No. 902570
nerfle@grsm.com
Sandy Hanson, OSB No. 132328
shanson@grsm.com

ATTORNEY FOR DEFENDANT ARVINMERITOR, INC,

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ARVINMERITOR, INC. - 2

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile :  (503) 616-3600

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiff and Defendant ArvinMeritor, Inc. to dismiss all claims against ArvinMeritor, Inc. only, with prejudice and without costs as to any party, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against ArvinMeritor, Inc. are hereby dismissed with prejudice and without costs.

DATED this 13th day of February, 2023.

/s/ Youlee Yim You
U.S. Magistrate Judge

Presented by:

GORDON & REES LLP
Nancy M. Erfle, OSB No. 902570
nerfle@grsm.com
Sandy Hanson, OSB No. 132328
shanson@grsm.com
ATTORNEY FOR DEFENDANT ARVINMERITOR, INC.

MAUNE RAICHLE HARTLEY FRENCH & MUDD
Daniel Casey Dineen, OSB No. 143076
cdineen@mrhfmlaw.com
ATTORNEY FOR PLAINTIFFS

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ARVINMERITOR, INC. - 3

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600