UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MCGINNIS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>AKEBONO BRAKE CORPORATION, et al.,<br><br>　　　　　　Defendants. | No. 3:21-cv-01189-YY<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MORSE TEC LLC ONLY** |

　　　Plaintiff and Defendant Morse TEC LLC, f/k/a BorgWarner Morse TEC LLC, as Successor-by-Merger to Borg-Warner Corporation only ("Morse TEC"), stipulate and agree that the Court shall dismiss the Plaintiff's claims and causes of action against Morse TEC only, with prejudice and without costs or fees to any party, reserving to Plaintiff all claims against other parties.

/ / /

/ / /

Page 1 - STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MORSE TEC LLC ONLY

S:\72\McGINNIS\PLD\Stipulated Order of Dismissal of Morse TEC.wpd

GILLASPY RHODE FADDIS & BENN LLC
4380 S Macadam Avenue, Suite 590
Portland, Oregon 97239
(503) 688-5020
Fax (425) 462-4995

DATED this 17th day of February, 2023.

| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | GILLASPY RHODE FADDIS & BENN LLC |
|---|---|
| *s/Daniel Casey Dineen* <br> Daniel Casey Dineen, OSB No. 143076 <br> E-mail: cdineen@mrhfmlaw.com <br> Of Attorneys for Plaintiff | *s/Annalie M. Faddis* <br> Annalie M. Faddis, OSB No. 992834 <br> E-mail: afaddis@gillaspyrhode.com <br> Of Attorneys for Defendant Morse TEC LLC |

Page 2 - STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MORSE TEC LLC ONLY

S:\72\McGINNIS\PLD\Stipulated Order of Dismissal of Morse TEC.wpd

**GILLASPY RHODE FADDIS & BENN LLC**
4380 S Macadam Avenue, Suite 590
Portland, Oregon 97239
(503) 688-5020
Fax (425) 462-4995

## **ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of Stipulation of Plaintiff and Defendant Morse TEC to dismiss all claims against Morse TEC only, with prejudice and without costs or fees as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Morse TEC are dismissed with prejudice and without costs or fees.

DATED this __17th__ day of __February__, 2023.

                /s/ Youlee Yim You
                U.S. Magistrate Judge

Presented by:

GILLASPY RHODE FADDIS & BENN LLC
Annalie M. Faddis, OSB No. 992834
E-mail address: afaddis@gillaspyrhode.com
4380 S Macadam Avenue, Suite 590
Portland, Oregon 97239
Telephone: (503) 688-5020
Facsimile: (425) 462-4995
*Attorney for Defendant Morse TEC LLC*

Page 3 - STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MORSE TEC LLC ONLY

S:\72\McGINNIS\PLD\Stipulated Order of Dismissal of Morse TEC.wpd

GILLASPY RHODE FADDIS & BENN LLC
4380 S Macadam Avenue, Suite 590
Portland, Oregon 97239
(503) 688-5020
Fax (425) 462-4995