Kristine E. Kruger, Bar No. 145691
KKruger@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendant
Honeywell International Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MCGINNIS,<br><br>                              Plaintiff,<br><br>        v.<br><br>AKEBONO BRAKE CORPORATION, et al.,<br><br>                              Defendants. | Case No. 3:21-CV-01189-YY<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC. ONLY** |

Plaintiff Bonnie McGinnis, as Personal Representative for the Estate of Michael D. McGinnis ("Plaintiff"), and Defendant Honeywell International Inc. ("Honeywell") stipulate and agree that the Court dismiss Plaintiff's claims and causes of action against Honeywell only, with prejudice and without costs to any party, reserving to Plaintiff all claims against other parties.

1- ORDER OF DISMISSAL WITH PREJUDICE OF HONEYWELL INTERNATIONAL INC.

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

160563496.2

Dated this 3rd day of March, 2023.

| | |
|---|---|
| **MAUNE RAICHLE HARTLEY FRENCH & MUDD** | **PERKINS COIE LLP** |
| By:/s/ *Daniel Casey Dineen* | By:/s/ *Kristine E. Kruger* |
| Daniel Casey Dineen, OSB No. 143076 | Kristine E. Kruger, OSB No. 145691 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Honeywell International Inc.* |

### ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiff and Defendant Honeywell International Inc. to dismiss all claims against Honeywell International Inc. only, with prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Honeywell International Inc. are hereby dismissed with prejudice and without costs.

DATED this __3rd__ day of __March__, 2023.

/s/ Youlee Yim You
U.S. Magistrate Judge

2- ORDER OF DISMISSAL WITH PREJUDICE OF HONEYWELL INTERNATIONAL INC.

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

160563496.2