THE HONORABLE YOULEE YIM YOU

José E. Gaitán, OSBA No. 226978
jgaitan@gaitan-law.com
THE GAITAN GROUP, PLLC
411 University Street, Suite 1200
Seattle, WA 98101
Telephone: (206) 346-6000
Facsimile: (206) 467-0212

Attorney for Defendant Toyota Motor
Sales, U.S.A., Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MCGINNIS,<br><br>Plaintiff,<br><br>v.<br><br>ArvinMeritor, Inc., et. al.,<br><br>Defendants. | NO. 3:21-cv-01189-YY<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC. AND ALL OTHER TOYOTA ENTITIES WITH PREJUDICE ONLY |

**STIPULATION**

COMES NOW Plaintiff, BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MCGINNIS, and Defendant Toyota Motor Sales, U.S.A., Inc. and all other Toyota entities, through their respective counsel, and hereby stipulate that all claims and causes of action against each other they may have, of whatever kind or description may be dismissed with prejudice and without costs as to any party. This stipulation applies to Toyota Motor Sales, U.S.A., Inc. and all other Toyota entities only. All other claims by Plaintiff against other parties remain.

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
(206) 346-6000

1 – STIPULATION AND ORDER OF
   DISMISSAL WITH PREJUDICE

DATED THIS 7th day of April, 2023.

| | |
|---|---|
| THE GAITAN GROUP, PLLC | MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC |
| _s/_     _José E. Gaitán_____<br>José E. Gaitán, OSBA No. 226978<br>jgaitan@gaitan-law.com<br>Robert R. Gillanders, OSBA No. 814920<br>rgillanders@gaitan-law.com<br>411 University Street, Suite 1200<br>Seattle, WA 98101<br>Tel: (206) 346-6000<br>Attorneys for Defendant Toyota Motor Sales, U.S.A., Inc. | _s/_     _Daniel Casey Dineen_____   _<br>Daniel Casey Dineen, OSBA No. 143076<br>cdineen@mrhfmlaw.com<br>80 SE Madison St., Suite 310<br>Portland, OR 97214<br>Tel: (503) 437-8424<br>Attorney for Plaintiff<br>*By José E. Gaitán per authority on April 7, 2023*<br><br>Brian F. Ladenburg, OSBA No. 096220<br>bladenburg@mrhfmlaw.com<br>1200 5th Ave, Suite 1400<br>Seattle, WA 98101<br>Tel: (253) 606-2967<br>Attorney for Plaintiff |

00268765

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
(206) 346-6000

2 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**ORDER**

The Court having considered the Stipulation of the Plaintiff, BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MCGINNIS, and Defendant Toyota Motor Sales, U.S.A., Inc. and all other Toyota entities, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and causes of action against Toyota Motor Sales, U.S.A., Inc. and all other Toyota entities, of whatever kind or description, are hereby dismissed with prejudice and without costs to any party.

DATED this __10th__ day of __April_____, 2023.

_____
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

Presented by:
THE GAITAN GROUP, PLLC
José E. Gaitán, OSBA No. 226978
jgaitan@gaitan-law.com
Robert R. Gillanders, OSBA No. 814920
rgillanders@gaitan-law.com
411 University Street, Suite 1200
Seattle, WA 98101
Tel: (206) 346-6000
Attorneys for Defendant Toyota Motor Sales, U.S.A., Inc.

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
Daniel Casey Dineen, OSBA No. 143076
cdineen@mrhfmlaw.com
80 SE Madison St., Suite 310
Portland, OR 97214
Tel: (503) 437-8424
Attorney for Plaintiff

Brian F. Ladenburg, OSBA No. 096220
bladenburg@mrhfmlaw.com
1200 5th Ave, Suite 1400
Seattle, WA 98101
Tel: (253) 606-2967
Attorney for Plaintiff

LAW OFFICES OF
THE GAITÁN GROUP
A PROFESSIONAL LIMITED LIABILITY COMPANY
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
(206) 346-6000

3 – STIPULATION AND ORDER OF
   DISMISSAL WITH PREJUDICE