UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BONNIE MCGINNIS, as Personal Representative for the Estate of Michael D. McGinnis, | Case No.: 3:21-cv-01189-YY |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT GENUINE PARTS COMPANY ONLY |
| AKEBONO BRAKE CORPORATION, et al. | |
| Defendants. | |

    This matter came before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal as to Defendant Genuine Parts Company only. The Court finding that Defendant Genuine Parts Company has not appeared in this matter, the Court hereby grants Plaintiff's Motion. Defendant

ORDER GRANTING PL.'S MOT. FOR VOLUNTARY DISMISSAL OF DEF. GENUINE PARTS CO. ONLY - 1

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**
80 SE MADISON STREET, STE 310
PORTLAND, OR 97214
(314) 241-2003 – FAX (314) 241-4838

Genuine Parts Company is dismissed without prejudice. No costs, fees, or disbursements are assessed to any party.

Dated this   15th   day of August, 2023.

                                        /s/ Youlee Yim You
                                        U.S. Magistrate Judge

Presented by:
*s/ Daniel Casey Dineen*
Daniel Casey Dineen, ORBA No. 143076
80 SE Madison Street, Suite 310
Portland, OR 97214
Email:  pnwservice@mrhfmlaw.com
cdineen@mrhfmlaw.com
Counsel for Plaintiff

ORDER GRANTING PL.'S MOT. FOR VOLUNTARY DISMISSAL OF DEF. GENUINE PARTS CO. ONLY - 2

MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC
80 SE MADISON STREET, STE 310
PORTLAND, OR 97214
(314) 241-2003 – FAX (314) 241-4838