**George S. Pitcher, OSB #963982**
George.Pitcher@lewisbrisbois.com
**Dmitriy S. Golosinskiy, OSB #173568**
Dmitriy.Golosinskiy@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801
*Attorneys for Defendant FleetPride, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MCGINNIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AKEBONO BRAKE CORPORATION, a Michigan Corporation; et al.,<br><br>　　　　　Defendants. | Case No. 3:21-cv-01189-YY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FLEETPRIDE, INC. ONLY** |

**STIPULATION**

Plaintiff and Defendant FleetPride, Inc., by and through their counsel of record, stipulate and agree that the Court dismiss Plaintiff's claims and causes of action against FleetPride, Inc. only, without prejudice and without costs to any party, reserving to Plaintiff all claims against other parties.

129249104.1
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FLEETPRIDE, INC. ONLY
1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

DATED: September  28 , 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    *s/ Dmitriy S. Golosinskiy*
   George S. Pitcher, OSB #963982
   Dmitriy S. Golosinskiy, OSB #173568
   asbestospdx@lewisbrisbois.com
   *Attorneys for FleetPride, Inc.*

DATED: September  28 , 2023

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC

   *s/ Meredith Good*
   Meredith Good, OSB #020853
   Daniel Casey Dineen, OSB #143076
   ORteam@mrhfmlaw.com
   *Attorneys for Plaintiff*

129249104.1
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FLEETPRIDE, INC. ONLY
2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiff and Defendant FleetPride, Inc. to dismiss all claims against FleetPride, Inc. only, without prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against FleetPride, Inc. are hereby dismissed without prejudice and without costs.

DATED this 29 day of September, 2023.

_____
U.S. District Judge

Presented by:

George S. Pitcher, OSB #963982
Dmitriy S. Golosinskiy, OSB #173568
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, OR  97204-2025
SERVICE: asbestospdx@lewisbrisbois.com
*Attorneys for Defendant FleetPride, Inc.*

129249104.1
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FLEETPRIDE, INC. ONLY
3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801