Mark J. Fucile, OSB No. 822625
Mark@frllp.com
Daniel K. Reising, OSB No. 964104
Dan@frllp.com
FUCILE & REISING LLP
2512 SE 25th Avenue, Suite 303
Portland, OR 97202
Telephone: 503.224.4895
Fax: 503.224.4332
Attorneys for Defendant
Navistar, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BONNIE MCGINNIS, as Personal Representative for the Estate of MICHAEL D. MCGINNIS,<br><br>    Plaintiff,<br><br>  v.<br><br>AKEBONO BRAKE CORPORATION, et al.,<br><br>    Defendants. | Case No.: 3:21-cv-01189-AN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NAVISTAR, INC. ONLY** |

## **STIPULATION**

Plaintiff and Defendant Navistar, Inc., through their respective counsel, stipulate and agree that the Court should dismiss Plaintiff's claims and causes of action against Navistar, Inc. only, with prejudice and without costs to any party, reserving to Plaintiff all claims against other parties.

DATED:  January 2, 2024.


MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC

s/Meredith B. Good
Meredith B. Good, OSB No. 020853
Daniel Casey Dineen, OSB No. 143076
PNWService@mrhfmlaw.com
80 SE Madison Street, Suite 310
Portland, OR 97214
Telephone:  800.358.5922
Attorneys for Plaintiff


FUCILE & REISING LLP

s/Mark J. Fucile
Mark J. Fucile, OSB NO. 822625
Daniel K. Reising, OSB No. 964104
Service@frllp.com
2512 SE 25th Avenue, Suite 303
Portland, OR 97202
Telephone:  503.224.4895
Attorneys for Defendant
Navistar, Inc.

## **ORDER OF DISMISSAL**

This matter having come before the Court by way of a Stipulation by Plaintiff and Defendant Navistar, Inc. to dismiss all claims against Navistar, Inc. with prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Navistar, Inc. are hereby dismissed with prejudice and without costs.

DATED this  5th  day of  January , 2024.

_____
U.S. District Judge

Presented by:

Mark J. Fucile, OSB No. 822625
Mark@frllp.com
Fucile & Reising LLP
2512 SE 25th Avenue, Suite 303
Portland, OR 97202
Telephone:  503.224.4895
Attorney for Defendant
Navistar, Inc.